JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG MINH LE, <br><br> Plaintiff(s), <br><br> vs. <br><br> CKE RESTAURANTS HOLDINGS, INC., et al. <br><br> Defendant(s). | Case No. 5:17-cv-01348-RGK-SP <br><br> ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |

On October 6, 2017, the Court issued an Order to Show Cause ("OSC") re Dismissal for Lack of Prosecution, requiring a written response by October 13, 2017. On October 9, 2017, plaintiff filed a notice of settlement. On October 10, 2017, the Court issued an order informing the parties that they were not relieved of any deadlines or appearances until a dismissal of the action was filed. As of this date, no further response has been filed, therefore, the matter is ordered dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: OCT 1 9 2017

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE